IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE E. WRIGHT                                                                                                PLAINTIFF
ADC # 141242

v.                                                           5:08CV00131 JLH

DAVID BANGILLE, Medical Assistant, Diagnostic Unit,
Arkansas Department of Correction; LARRY NORRIS, Director,
Arkansas Department of Correction; RICK TONY, Warden,
Diagnostic Unit, Arkansas Department of Correction; FARMER,
Nurse, Diagnostic Unit, Arkansas Department of Correction;
and LEROY METTLES, Sheriff                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute as directed in Local Rule 5.5(c)(2).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 18th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE